IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERNESTINA CRUZ, as personal representative of the Estate of GILBERT VALENCIA, G.R.V., a minor, through his next friend MARIANNA WHEELER,**

      **Plaintiffs,**

v.                                                    **Cause No.**

**CITY OF DEMING, DEMING POLICE OFFICERS LEE COOK JORDAN, SERGIO QUEZADA, CRISTOBAL PAZ, ADAM ARAGON, ROBERT CHAVEZ, BENJAMIN SANCHEZ, DAVID ACOSTA, and ASHLEY STANDRIDGE; NEW MEXICO DEPARTMENT OF PUBLIC SAFETY; LUNA COUNTY, LUNA COUNTY SHERIFF'S LIEUTENANT ARTURO BAEZA, and JOHN DOES 1 through 9.**

      **Defendants.**

## JOINT NOTICE OF REMOVAL

Defendant City of Deming, Deming Police Officer Lee Cook Jordan, Sergio Quezada, Cristobal Paz, Adam Aragon, Robert Chavez, Benjamin Sanchez, David Acosta, and Ashley Standridge (the "City"), by and through counsel MYNATT MARTÍNEZ SPRINGER P.C. (Blaine T. Mynatt and Alan J. Dahl) and Defendant Luna County and Luna County Sheriff's Lieutenant Arturo Baeza (the "County") by and through counsel MYNATT MARTÍNEZ SPRINGER P.C. (Damian L. Martínez, Bradley A. Springer and Haley R. Grant), provides notice of removal of a civil action filed in the Sixth Judicial District Court for the State of New Mexico, Cause No. D-619-CV-2021-00205, and in support of this removal, states as follows:

As required by 28 U.S.C. § 1446(a) (2011) and D. N.M. LR-Civ. P 81.1(a), the City and County have attached the First Amended Complaint as Exhibit 1, the *Notice to State District Court*

*of Removal to Federal District Court* as Exhibit 2 [Doc. 1-2], copies of all pleadings filed in the state action as Exhibit 3 [Doc. 1-3], the Sixth Judicial District Court Docket as Exhibit 4 [Doc. 1-4], and the Civil Cover Sheet as Exhibit 5 [Doc. 1-5]. In support of this removal, the City and County Defendants state as follows:

On September 9, 2021, Plaintiffs Ernestina Cruz, as the Personal Representative of the Estate of Gilbert Valencia, and Marianna Wheeler as next friend of G.R.V., a minor, ("Plaintiffs") filed a civil action for damages against Defendants in the Sixth Judicial District Court for the State of New Mexico alleging assault, battery, and negligent training and supervision against the Defendants. [Doc. 1-3, at pg. 9, pg. 10 ¶ 59, 60, 61, pg. 11 ¶64; pg. 12 ¶ 67, 68, pg. 14 ¶ 78, pg. 15 ¶¶83, 84, 85, pg. 17 ¶¶ 87, 88]. On December 15, 2022, Plaintiffs amended the claims in their *Plaintiffs' First Amended Complaint for Civil Rights Violations, Violations of the Americans with Disabilities Act (ADA), Assault, battery, and Negligent Training and Supervision Resulting in the Wrongful Death of Gilbert Valencia* ("First Amended Complaint") regarding the same incident in Luna County. [Doc. 1-1].

Against the City, Plaintiffs bring claims under Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12102, 12131(2), and 12132 in Count IV [Doc. 1-1, pg. 28 ¶¶ 140 – 165]. Count V brings claims under Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(a) [Doc. 1-1, pg. 31 ¶¶ 166 –183]. Count VII brings claims under 42 U.S.C. § 1983 for failing to ensure reasonable safety and provide adequate medical care [Doc. 1-1, pg. 35 ¶¶ 196 – 208], Plaintiffs further assert a municipal liability claim in Count VIII under 42 U.S.C. § 1983 [Doc. 1-1, pg. 36 ¶¶ 209 – 221].

Against the City and the County, Plaintiffs bring claims under 42 U.S.C. § 1983 in Count VI [Doc. 1-1, pg. 33 ¶¶ 184 – 195] asserting violations of the Fourth and Fourteenth Amendment claiming excessive force and failure to intervene.

Against the City, Plaintiffs in Count I also allege state tort claims for assault and battery [Doc. 1-1, pg. 19 ¶¶ 98 – 110].

Against all Defendants, Plaintiffs further raise negligence resulting in assault and battery and wrongful death in Count II [Doc. 1-1, pg. 21 ¶¶ 111 – 131]. Plaintiff as well asserts claims of negligent training, supervision and retention claims in Count III [Doc. 1-1, pg. 24 ¶¶ 132 – 139].

Pursuant to 28 U.S.C. § 1446(b)(1), this *Notice of Removal* is timely because it has been filed within thirty days of receipt of service of process which occurred on December 15, 2022. According to 28 U.S.C. § 1331, federal district courts have original jurisdiction of all civil actions arising under the United States Constitution. Under 28 U.S.C. § 1441(a), a civil action brought in state court over which a federal district court has original jurisdiction may be removed to the federal district court.

As required by 28 U.S.C. § 1446(a) (2011) the City and County have attached the First Amended Complaint as Exhibit 1 [Doc. 1-1], the *Notice to State District Court of Removal to Federal District Court* as Exhibit 2 [Doc. 1-2], copies of all pleadings filed in the state action as Exhibit 3 [Doc. 1-3], the Sixth Judicial District Court Docket as Exhibit 4 [Doc. 1-4], and the Civil Cover Sheet as Exhibit 5 [Doc. 1-5].

WHEREFORE, Defendants City of Deming and Luna County respectfully request that this matter be removed in its entirety from the New Mexico Sixth Judicial District Court to this Court for consideration.

    Respectfully submitted,

    MYNATT MARTÍNEZ SPRINGER P.C.

    _/s/ Damian L. Martínez_
    DAMIAN L. MARTÍNEZ
    New Mexico Bar No. 14678

*Notice of Removal*
3

        BRADLEY A. SPRINGER
        New Mexico Bar No. 28225
        HALEY R. GRANT
        New Mexico Bar No. 145671
        P.O. Box 2699
        Las Cruces, NM  88004-2699
        Tel. (575) 524-8812
        Fax. (575) 524-0726
        dlm@mmslawpc.com
        bas@mmslawpc.com
        hrg@mmslawpc.com
        *Attorneys for Defendant Luna County*

        *And*

        /s/ Blaine T. Mynatt
        _____
        BLAINE T. MYNATT
        New Mexico Bar No. 9471
        ALAN J. DAHL
        New Mexico Bar No. 148072
        P.O. Box 2699
        Las Cruces, NM  88004-2699
        Tel. (575) 524-8812
        Fax. (575) 524-0726
        btm@mmslawpc.com
        ajd@mmslawpc.com
        *Attorneys for Defendant City of Deming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December 2022, I served a true and correct copy of the foregoing on the following via electronic mail:

Erlinda O. Johnson
Adrian Gandara
erlinda@erlindajohnsonlaw.com
adrian@erlindajohnsonlaw.com
*Attorneys for Plaintiffs*

Ahmad Assed
Richard J. Moran
Britany J. Schaffer
ahmad@assedlaw.com
richard@assedlaw.com
britany@assedlaw.com
*Attorneys for Plaintiffs*

Joel R. Meyers
jrm@jrmeyerslaw.com
*Attorneys for Plaintiffs*

Luis Robles
luis@roblesrael.com
*Attorneys for State Defendants*

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.

By: _____
DAMIAN L. MARTÍNEZ
New Mexico Bar No. 14678
P.O. Box 2699
Las Cruces, NM 88004
(575) 524-8812
dlm@mmslawpc.com