IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNESTINA CRUZ, as personal representative
of the Estate of Gilbert Valencia, and
G.R.V., a minor, through next friend
Marianna Wheeler,

    Plaintiffs,

v.

                                            2:22-cv-00957-MIS-GJF

CITY OF DEMING, LEE COOK JORDAN,
SERGIO QUEZADA, CRISTOBAL PAZ,
ADAM ARAGON, ROBERT CHAVEZ,
BENJAMIN SANCHEZ, DAVID ACOSTA,
ASHLEY STANDRIDGE, NEW MEXICO
DEPARMENT OF PUBLIC SAFETY,
LUNA COUNTY, ARTURO BAEZA, and
JOHN DOES 1-9,

    Defendants.

## FINAL JUDGMENT

Pursuant to Rule 58(a), and consistent with the Court's Orders granting Defendants summary judgment, ECF Nos. 84, 92, 105, **FINAL JUDGMENT** is hereby entered in favor of Defendants City of Deming, Lee Cook Jordan, Sergio Quezada, Cristobal Paz, Adam Aragon, Robert Chavez, Benjamin Sanchez, David Acosta, Ashley Standridge, New Mexico Department of Public Safety, Luna County, and Arturo Baeza. [1]

                                                                             _____
                                                                             **MARGARET STRICKLAND**
                                                                             UNITED STATES DISTRICT JUDGE

---

[1]     Plaintiffs dismissed all claims against John Does 1-9. ECF No. 90.